UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Daniel, Jr,

                Plaintiff,

-against-

Capital One Bank, N.A. and Trans Union LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/2022
```

21 Civ. 10343 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claim against Defendant Trans Union LLC ("Trans Union") asserted herein have been settled in principle. ECF No. 18. Accordingly, the above-entitled action as against Trans Union is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

    Any application to reopen this action against Trans Union must be filed <u>within forty-five days</u> of this Order; any application filed thereafter may be denied solely on that basis. Further, if Plaintiff and Trans Union wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    All pending deadlines as they pertain to Trans Union are moot. Trans Union need not participate in any conferences.

    SO ORDERED.

Dated: January 28, 2022
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge